[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14413

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 20, 2011
JOHN LEY
CLERK

D.C. Docket No. 3:09-cv-00897-HLA-TEM

ESTATE OF DAVID WHEELER,
f.k.a. David Wheeler,

                                        Plaintiff-Appellant,

versus

KELLOGG, BROWN & ROOT,
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, AIG WORLDSOURCE,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 20, 2011)

Before HULL and ANDERSON, Circuit Judges, and VINSON,* District Judge.

_____

*Honorable C. Roger Vinson, United States District Court for the Northern District of
Florida, sitting by designation.

PER CURIAM:

After review and oral argument, the Court vacates the district court's orders, dated January 15, 2010, and August 20, 2010, and remands this case with instructions to the district court to enforce the District Director's Supplemental Compensation Order and Declaration of Default, imposing 20% additional compensation in the amount of $26,764.36.[1]

**VACATED AND REMANDED.**

---

[1]After review of the record, it became apparent that the relevant regulations need attention from the agency.